FILED
2010 Mar-12 PM 04:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

CS ASSETS, LLC )
)
Plaintiff, )
)
v. ) Civil Action No.: CV07-PWG-2254-S
)
WEST BEACH, LLC, et al. )
)
Defendants. )

## NOTICE OF FILING OF FINANCIAL REPORTS

COMES NOW Matthew Piell, Defendant in the above-styled civil action and gives notice of the filing and service of the financial reports for Feburary 2010 attached hereto as Exhibit A pursuant to this Court's order granting a stay entered on November 6, 2009.

Submitted this the 12th day of March, 2010

*/s/ Walter F. McArdle*
Walter F. McArdle (ASB-2446-R69W)
Wade C. Merritt (ASB-9485-A49M)

Attorneys for Defendants

OF COUNSEL:
SPAIN & GILLON, L.L.C.
The Zinszer Building
2117 Second Avenue North
Birmingham, AL 35203
(205)328-4100 Phone
(205)324-8866 Facsimile
wfm@spain-gillon.com
srb@spain-gillon.com
wcm@spain-gillon.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was served upon the below listed persons, via CM-ECF filing or United States mailon this the 12th day of March, 2010:

Larry B. Childs, Esq.
Heath A. Fite, Esq.
Waller, Lansden, Dortch & Davis, LLP
Regions-Harbert Plaza, Suite 1400
1901 6th Avenue North
Birmingham, Alabama 35203

*/s/ Walter F. McArdle*
Of Counsel

**United States Bankruptcy Court - Northern District of Alabama**

CASE NAME: ______________ CASE NO. 2:07-CV-02254-RBP MONTH ENDING: FEB. 28, 10

**Operating reports are to be filed monthly, in duplicate, with the Bankruptcy Clerk's Office by the 15th of each month**

## INDIVIDUAL DEBTOR'S AFFIRMATIONS

**YES___ NO___ All post petition individual taxes have been paid and the deposit slips are attached.**

N/A

**If you answered "No" to the above, list the types of taxes that are now due and owing.**

| TYPE OF TAX | AMOUNT |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |

**2. YES X NO___ Adequate insurance on all assets/property including fire, theft, liability, collision and casualty is currently in full force and effect.**

**If no, enter: TYPE(S)________________ not in force.**

**List All Bank Accounts**

| | Bank | Account No. | Type of Acct. | Balance |
|---|---|---|---|---|
| 1. | | | | $ |
| 2. | | | | $ |
| 3. | | | | $ |

**4. YES X NO___ Copies of all banks statements and reconciliations are attached.**

**5. YES___ NO___ I have otherwise complied with all requirements of the Chapter 11 Operating Order.** N/A

**6. YES___ NO___ All financial statements filed with the Bankruptcy Clerk's Office are prepared in accordance with generally accepted accounting principles.** N/A

**7. YES___ NO___ I have attached a list of all post petition creditors that have been incurred since the filing of this case but that have not been paid, including Court approved professional (attorney, accountant, etc.) fees.**

**I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.**

DATE March 9, 2010
PHONE 876-3222

[signature]
RESPONSIBLE PARTY

**United States Bankruptcy Court  Northern District of Alabama  Northern Division**

**CASE NAME:** ________________  **CASE NO.:** 2:07-cv-02254-RBP  **MONTH ENDING:** Feb. 28, 2010

## Individual Debtor's Cash Receipts and Disbursement *BA-02*

| | |
|---|---|
| Receipts/Income (GROSS) Fee | $ 1,000.00 |
| Alimony, Maintenance, Support received | |
| Other Income | |
| Interest | |
| Sale/rent of real estate or personal property | |
| Social Security | |
| Pension or Retirement | |
| Other (specify) Expense Reimbursement/Fee | 1,200.15 |
| **TOTAL RECEIPTS/INCOME** | 2,200.15 |
| DISBURSEMENTS/EXPENSES (*INCLUDE EMPLOYER DEDUCTIONS*) | |
| Food | |
| Home Expenses | |
| Rent or Home Loan | |
| Real Estate Tax | |
| Gas | |
| Water | |
| Telephone | 148.48 |
| Other Utilities(specify) Power | 179.83 |
| Home Maintenance (repairs and upkeep) | |
| Insurance Payments | |
| Life | |
| Health | |
| Auto | 183.80 |
| Home owners or renters | |
| Other (specify) | |
| Installments Loan Payments | |
| Auto Loan | |
| Other loans (specify) | |
| Taxes withheld or Quarterly Income Taxes | |
| School or Day Care Expense | 1,072.45 |
| Laundry and Dry Cleaning | |
| Other Donation - child donation | 32.00 |
| **TOTAL ALL DISBURSEMENTS/EXPENDITURES** | |
| **TOTAL INCOME LESS TOTAL EXPENDITURES** | $ 1,616.06 |

Beginning Cash Balance$ 704.26  Ending Cash Balance$ 1,325.61

I CERTIFY THAT THE ABOVE INFORMATION IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Date March 9, 2010

RESPONSIBLE PARTY



A Wells Fargo Company

## Account Activity

Account FREE CKG *8215 Go

Action
I want to...
View Recent Activity
Transfer Funds
Pay Bills
View Paper Statements
Order Checks
Check Search
View Rewards
Go to Customer Service Page

**Find Transactions**

Date Range: Last 15 days -OR- 02/01/2010 to 02/28/2010
(MM/DD/YYYY) (MM/DD/YYYY)

Sort By: All Transaction Types

Go

Note: You have up to 90 days of account history available.
To view up to 7 years, go to View Paper Statements

Posted Balance as of 03/09/2010 : $1,291.89 * **Available Balance as of 03/10/2010 : $1,291.89 **** (View Holds) ?

**Transactions for: FREE CKG *8215**

| Date | Type | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 02/19/2010 | Check View | CHECK 6820 | $1,072.45 | | $1,325.61 |
| 02/16/2010 | Deposit | COUNTER DEP | | $1,200.15 | $2,398.06 |
| 02/11/2010 | Check N/A | AUTOMATED CHECK COMPASSION INTER CHECK PYMT 6817 | $32.00 | | $1,197.91 |
| 02/10/2010 | Check N/A | AUTOMATED CHECK STATE FARM RO 27 PYMT 6816 | $183.30 | | $1,229.91 |
| 02/09/2010 | Check N/A | AUTOMATED CHECK CTEL 4300 BILL PYMT 6818 | $148.48 | | $1,413.21 |
| 02/09/2010 | Check N/A | AUTOMATED CHECK ALABAMA POWER CO APC ARC 6819 | $179.83 | | $1,561.69 |
| 02/05/2010 | Deposit | DEPOSIT | | $1,000.00 | $1,741.52 |

**1 - 7 of 7**

* Includes transactions that have cleared your account as of the close of the previous business day. See help with this page for more details.
** Transactions that have been authorized but not yet posted are included. See help with this page for more details.

Customer Agreement Privacy Security Legal

© 2010 Wachovia Corporation. All rights reserved.